IN THE DISTRICT COURT OF JACKSON, MISSISSIPPI, HINDS COUNTY,
UNITED STATES OF AMERICA

| | |
|---|---|
| NAME OF PLAINTIFF<br>GEORGE BRENT BAILEY, JR.<br><br>V.<br><br>NAME OF DEFENDANT<br>V. A. (SONNY) MONTGROMERY<br>VETERIANS ADMINISTRATION AFFAIRS,<br>JACKSON, MISSISSIPPI | NO. 3:14cv264 CWR-FKB<br><br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FILED<br>MAR 28 2014<br>ARTHUR JOHNSTON<br>BY_____ DEPUTY |

## COMPLAINT

COMES NOW George Brent Bailey, Jr., Plaintiff, by and through counsel, and files this Complaint against Veterans Administration and for cause of same would state the following:

1. That Plaintiff is an adult resident citizen of United States of America, Hinds County, 304 winding Hills Drive, Clinton, Mississippi, 39056.

2. That the Defendant, V. A. (Sonny) Veterans Administration Affairs, 1600 East Woodrow Wilson Avenue, Jackson, Mississippi 39216, is a non-profit Federal Corporation existing and doing business pursuant to the laws of the State of MISSISSIPPI. That the Defendant may be served with the process of this Court by service of process upon its registered agent, UNITED STATES POSTAL SERVICES or upon such other persons authorized to be served by the FEDERAL DISTRICT COURT Rules of Civil Procedure at its business address, 1600 EAST WOODROW AVENUE, JACKSON, MISSISSIPPI 39216, HINDS County.

3. That between January 1, 2010, and January 5, 2010, Plaintiff George Brent Bailey, Jr. sought and received medical treatment at the Defendant's facility in Veterans Administration Affairs,, under the primary care of assigned physicians of employee of the Defendant. That at all times related hereto, physicians was the employee of the Defendant and Defendant was and is liable for the actions, omissions and negligence of said employee.

4. That Plaintiff's primary complaints related to severe abdominal pain, swelling, and nausea. That these symptoms persisted throughout her treatment without a diagnosis of the particular cause of the symptoms, physical illness or condition that afflicted the Plaintiff, notwithstanding Defendant's treatment, by and through its' employee, Dr. Christine Franzese, Dr. Henry Barber, Dr. Benjamin T. Jeffcoat, and Dr. Julee E. McKay, medical tests and medications.

5. That on or about January 2010, Plaintiff was treated by physicians who immediately diagnosed, "nodules" in an excess were highly probable malignant in the Thyroid exploration, Plaintiff did not make a normal recovery, but experienced a severe burning sensation in his lungs, causing him to feel a he was drowning. After my was rushed to the recovery room and I explained I could not breathe because the real painful burning sensation in my lungs, I was rushed to Intensive Medical Care Unit, and excavator devise was placed on his face and with medication to deep inhale to remove fluids that escaped into my lungs during surgery. In the process of removing the fluids from my lungs, the tissues of my lungs were scarred beyond medical surgery to repair. From that time forward to date, my over-all health began to deteriorate to the point I was forced to return to the emergency unit often to get assistance to help me breathe free from constant congestion in the lungs, nostrils, and face.

6. That the Defendant, by and through its' employee physicians was negligent in failing to diagnose Plaintiff's medical condition and render treatment consistent with a proper diagnosis.

7. That Defendant's negligence directly and proximately resulted in unnecessary severe physical, mental and emotional pain and suffering and unnecessary medical treatment, tests and expense over a period of twenty months and Plaintiff is entitled to recover damages of from and against the Defendant for said negligence.

WHEREFORE, Plaintiff files this Complaint and demands judgment of, from and against the Defendant in the sum of $15.5 million dollars guestamated damages that cannot be corrected surgically, thusly, I am to exist, not live a quality lifestyle for the rest of my life, knowing that my condition will worsen daily, together with prejudgment interest and all costs of needed medicines, copies are attached to this complaint for your serious consideration of me as I struggle daily in this inhumane condition..

Respectfully submitted,

Dr. George Brent Bailey, Jr.

BY: George Brent bailey, Jr., Ph.D.

304 Winding Hills Drive
Clinton, MS 39056
or
Post Office Box 1550
Clinton, MS 39056
(601) 927-1859