IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GEORGE BRENT BAILEY, JR.**                                                                         **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 3:14-cv-264-CWR-FKB**

**V.A. (SONNY) MONTGOMERY**                                           **DEFENDANT**
**VETERAN ADMINISTRATION**
**AFFAIRS**

### ORDER

This matter is before the Court pursuant to the Report and Recommendations of United States Magistrate Judge F. Keith Ball entered on May 14, 2014, Docket No. 7, which clearly notified the Plaintiff that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days of being served would bar further appeal in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.  This Court, finding that the Plaintiff has not submitted any written objections, adopts the Report and Recommendations as the Order of this Court.  Accordingly, Plaintiff's motion to proceed *in forma pauperis*, Docket No. 2, is hereby DENIED.  All of the costs associated with the filing of this lawsuit should be paid on or before August 10, 2014.

**SO ORDERED**, this the 16th day of July, 2014.

                                                                     s/ Carlton W. Reeves
                                                                     UNITED STATES DISTRICT JUDGE