IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GEORGE BRENT BAILEY JR.**                                                                                   **PLAINTIFF**

**V.**                                                                                        **CAUSE NO. 3:14-CV-264-CWR-FKB**

**V.A. (SONNY) MONTGOMERY**                                                                              **DEFENDANT**
**VETERAN ADMINISTRATION AFFAIRS**

## FINAL JUDGMENT

Having entered an Order granting the defendant's motion to dismiss, *see* Docket No. 26, this case is due to be dismissed with prejudice and finally closed on this Court's docket. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 28th day of December, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE